√ #3010 #128694

Date: 07/21/10  Page:

**DIVIDENDS REMITTED TO THE COURT**
Check Number 3010 Dated 07/21/10
Case Number 08-33686 - GARDNER, BRAD C.

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| Firelands Radiology Inc<br>54 Executive Dr.<br>Norwalk, OH 44857 | 000004 | 178.00 | 4.24 |
| | | 178.00 | 4.24 |

---------- Remittance Total ---------------

*signature*

DOUGLAS A. DYMARKOWSKI, Trustee

FILED 2010 JUL 23 PM 3:09
CLERK, U.S. BANKRUPTCY COURT
TOLEDO, OHIO